IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LP,**<br>　　　　　　**Appellant,**<br><br>　　　　v.<br><br>**THE H&K GROUP, INC., ET AL. ,**<br>　　　　　　**Appellee.** | **CIVIL ACTION**<br><br><br>**NO.  16-4080** |

# O R D E R

**AND NOW**, this 24th day of March, 2017, upon consideration of Appellant's Memorandum of Law in Support of Appeal from Order of July 13, 2016 Entered in Bankruptcy No. 09-13201 (ECF No. 7), Appellee's Response thereto (ECF No. 8), and Appellant's Reply (ECF No. 9), after oral argument, and for the reasons set forth in the accompanying Opinion, **IT IS ORDERED** that the Bankruptcy Court's July 13, 2016 Order is **AFFIRMED**.

The Clerk of the Court shall close the case for statistical purposes.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　　　　**/s/ Wendy Beetlestone, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**